No. 12–7509.  DIAZ *v.* FELKER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–7511.  ALI *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied. ▉

No. 12–7512.  AGUILAR *v.* ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied. ▉

No. 12–7513.  ARCHBISHOP GREGORY OF DENVER, COLORADO *v.* SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY, INC. C. A. 1st Cir.  Certiorari denied. ▉

No. 12–7514.  BAKER *v.* WALKER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7521.  ROMERO *v.* GOODRICH, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied. ▉

No. 12–7524.  JACK *v.* NAVY FEDERAL CREDIT UNION.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 12–7526.  RIKER *v.* BENEDETTI, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7530.  KNOX *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 12–7535.  GARZA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied. ▉

No. 12–7538.  MAKDESSI *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 12–7542.  T. M. *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES ET AL.  Sup. Ct. Fla.  Certiorari denied. ▉

No. 12–7543.  JONES *v.* PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL.  C. A. 3d Cir.  Certiorari denied. ▉

No. 12–7549.  ARIAS *v.* GROUNDS, WARDEN.  C. A. 9th Cir. Certiorari denied.